IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN
ADC #138119                                                                                     PLAINTIFF

V.                              CASE NO. 5:18-CV-251-KGB-BD

HATELY, et al.                                                                                DEFENDANTS

## RECOMMENDED DISPOSITION

**I.   Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Stricklin may file written objections to this Recommendation. If you file objections, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.   Discussion:**

Plaintiff Joshua A. Stricklin, an inmate at the Cummins Unit of the Arkansas Department of Correction, filed this case without the help of a lawyer under 42 U.S.C. § 1983. (Docket entries #1, #2) Upon reviewing the complaint in this case, it appeared

that Mr. Stricklin had raised the same issues here as those he raised in a previously filed case: 5:18-cv-251-KGB-PSH. Rather than recommending that this case be dismissed, the Court offered Mr. Stricklin the opportunity to file an amended complaint within 30 days of October 19, 2018, to explain how his claims in this lawsuit were different from those raised in the earlier-filed case. (#3)

To date, Mr. Stricklin has not responded to the October 19, 2018 Order, and the allowed time for filing an amended complaint has now passed. The Court specifically explained to Mr. Stricklin that his failure to file an amended complaint within 30 days of October 19, 2018, would likely result in the dismissal of this case. (#3)

### III.   Conclusion:

The Court recommends that Mr. Stricklin's claims be DISMISSED, without prejudice, based on his failure to amend his complaint, as ordered.

DATED this 27th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE