IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN                                                                        PLAINTIFF
ADC # 138119

v.                              Case No. 5:18-cv-00251-KGB

HATELY, *et al*.                                                                          DEFENDANTS

## ORDER

Before the Court is the Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 4). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 4). Accordingly, the Court dismisses without prejudice plaintiff Joshua A. Stricklin's complaint (Dkt. No. 2) for failure to comply with the Court's October 19, 2018, Order (Dkt. No. 3) and denies as moot Mr. Stricklin's motion for leave to proceed *in forma pauperis* (Dkt. No. 1).

It is so ordered this 5th day of April, 2019.

Kristine G. Baker
United States District Judge