IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN                                                                                      PLAINTIFF
ADC # 138119

v.                                          Case No. 5:18-cv-00251-KGB

HATELY, *et al.*                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Joshua A. Stricklin's complaint is dismissed without prejudice.

It is so adjudged this 5th day of April, 2019.

                                                  Kristine G. Baker
                                                  United States District Judge